UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHH MORTGAGE CORPORATION,

                Plaintiff,

       -against-

MARINA NAYBERG, et al.,

                Defendants.

26-CV-1733 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

In light of the fact that Defendants have not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that the joint letter and proposed case management plan due May 26, 2026, and the initial pretrial conference scheduled for June 2, 2026, at 11:00 a.m., are adjourned *sine die*. IT IS FURTHER ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **May 4, 2026**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: April 20, 2026
      White Plains, New York

                                 SO ORDERED.

                                 JESSICA G. L. CLARKE
                                 United States District Judge