UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHH MORTGAGE CORPORATION,

                Plaintiff,

      -against-

MARINA NAYBERG, et al.,

                Defendants.

26-CV-1733 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

In light of the fact that Defendants have not answered or otherwise made an appearance in this action and Plaintiff having filed its proposed Clerk's Certificate of Default and affirmation, ECF Nos. 21–24, Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **May 11, 2026**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated:  May 7, 2026
        White Plains, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge