UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHH MORTGAGE CORPORATION,
Plaintiff,

-against-

MARINA NAYBERG, et al.,
Defendants.

26-CV-1733 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

Pursuant to the conference held in this matter on November 2, 2026, the Court WITHHOLDS ruling on Plaintiff's Motion for Default Judgment at this time and ORDERS the parties to file a joint status letter, updating the Court on the status of settlement, no later than **December 2, 2026**.

Plaintiff is directed to serve a copy of this Order on all Defendants by **November 4, 2026**, and to file proof of such service upon the docket by **November 6, 2026**.

Dated: November 2, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge